IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § |
| v. | |
| JASON KYLE KERBY (1) | |

CASE NO. 1:23-MJ-00041-BU

## ORDER

A preliminary hearing was scheduled on this date as required by Rule 5.1, Federal Rules of Criminal Procedure. The defendant filed a waiver of preliminary hearing. The court found that probable cause exists to believe the defendant committed the offense charged.

The clerk will furnish a copy of this order to each attorney of record.

DATED: 5th day of September, 2023.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE